**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WILLIAM VOTTERO, | : | No. 63 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (SOFTBOSS AND SAFEGUARD | : | |
| SYSTEMS AND STATE WORKERS' | : | |
| INSURANCE FUND (SWIF)), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.